IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Daria Khudiakova ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action No. 1:25-cv-12223 |
| v. ) | |
| ) | |
| Meghann Boyle, *et al.* ) | |
| ) | |
| *Defendants*. ) | |

**Notice of Voluntary Dismissal**

Plaintiff filed this case and petition for a writ of mandamus to compel adjudication of her I-589 petition. U.S. Citizenship and Immigration Services adjudicated and approved Plaintiff's petition. As Plaintiff's petition has been adjudicated, this case is now moot. Defendants have not filed an answer or a motion for summary judgment. Plaintiff hereby gives notice that this case is voluntarily dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this October 8, 2025.

/s/ Simon Sandoval-Moshenberg
Simon Sandoval-Moshenberg, Esq.
Virginia State Bar no. 77110
*Pro Hac Vice counsel for Plaintiff*
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com

## CERTIFICATE OF SERVICE

On this 8th day of October 2025, I Simon Sandoval-Moshenberg, electronically filed the foregoing Notice of Voluntary Dismissal, with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of this Notice of Voluntary Dismissal, and all attachments thereto, will be delivered via PACER.

/s/ Simon Sandoval-Moshenberg
Simon Sandoval-Moshenberg, Esq.
Virginia State Bar no. 77110
*Pro Hac Vice counsel for Plaintiff*
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com